## Miller's Appeal.

A testator bequeathed a legacy in the following words, "to my two brothers G. and J., or their heirs or assigns, to share and share alike between said. G. and J., or their heirs or assigns :" *Held*, that the children of G. and J. took by classes, and not *per capita*.

APPEAL from the Orphans' Court of *Lehigh county*.

This was an appeal by Samuel Miller from the decree of the court below upon the accounts of the executors of Frederick Miller, deceased. A copy of the will of the testator will be found in the preceding case.

The two brothers of the testator, George and John, mentioned in his will as legatees, died before him, and the auditor appointed to report distribution of the funds in the hands of the executors, divided a proportionate part of the legacy given to them among their descendants by classes, and not *per capita*. By this report there was given to each of the children of John Miller $200; and to each of the children of George Miller $142.27. And the court below having confirmed the auditor's report, and decreed distribution accordingly, this appeal was taken by Samuel Miller, one of the children of George Miller, deceased.

*C. M. Runk*, for the appellant, cited Witman *v.* Ebersole, 5 *Barr* 458.

The opinion of the court was delivered by

LOWRIE, C. J.—The bequest is to the heirs of George and John, and as they cannot have joint heirs, it must have been intended for them as several classes, that is, for the heirs of George and for the heirs of John, and they are to take as if the property bequeathed had descended to them through George and John respectively. The legatees do not take under the intestate laws; but they are defined by those laws, and must be ascertained by reference to them. The court decided the case agreeably to this view. Grandnephews fall within the description as legatees.

Appeal dismissed at the costs of the appellant.